1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   AIDA I.,                          Case No.:  3:19-cv-00476-AJB-RNB

12                         Plaintiff,   **ORDER:**

13   v.

14   ANDREW SAUL, Commissioner of      **(1) ADOPTING THE REPORT
     Social Security,                  AND RECOMMENDATION (Doc.
15                                      No. 25);**

                            Defendant.
16                                      **(2) GRANTING PLAINTIFF'S
17                                      MOTION FOR SUMMARY
                                        JUDGMENT (Doc. No. 21);**
18

19                                      **(3) DENYING DEFENDANT'S
                                        MOTION FOR SUMMARY
20                                      JUDGMENT (Doc. No. 22).**

21

22        Presently before the Court is Plaintiff's motion for summary judgment, and

23   Defendant's cross-motion for summary judgment. (Doc. Nos. 21–22.) The Court referred

24   this matter to Magistrate Judge Robert N. Block for a Report and Recommendation (the

25   "R&R"), which was issued on January 28, 2020. (Doc. No. 25.) The Magistrate Judge

26   recommends "that plaintiff's motion for summary judgment be **GRANTED**, that the

27   Commissioner's cross-motion for summary judgment be **DENIED**, and that Judgment be

28   entered reversing the decision of the Commissioner and remanding this matter for further

1

1    administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g)." (*Id.* at 12

2    (emphasis in original).) The parties were instructed to file written objections to the R&R

3    within 14 days of being served with the R&R, and replies within 14 days of being served

4    with the objections. (*Id.*)

5         Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district

6    judge's duties in connection with a magistrate judge's R&R. The district judge must "make

7    a de novo determination of those portions of the report . . . to which objection is made[,]"

8    and "may accept, reject, or modify, in whole or in part, the findings or recommendations

9    made by the magistrate judge." 28 U.S.C. § 636(b)(1); *United States v. Remsing*, 874 F.2d

10   614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only

11   satisfy itself that there is no clear error on the face of the record in order to accept the

12   recommendation." Fed. R. Civ. P. 72(b) advisory committee note to the 1983 amendment;

13   *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

14        Neither party has filed objections to the R&R. Thus, having reviewed the R&R, the

15   Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court

16   hereby: (1) **ADOPTS** the R&R (Doc. No. 25); (2) **GRANTS** Plaintiff's motion for

17   summary judgment (Doc. No. 21), (3) **DENIES** Defendant's cross-motion for summary

18   judgment (Doc. No. 22), and (4) **REVERSES** the decision of Defendant. The Court

19   **REMANDS** the case for further proceedings pursuant to sentence four of 42 U.S.C. §

20   405(g).

21

22   **IT IS SO ORDERED**.

23

24   Dated:  April 17, 2020

25                                              Hon. Anthony J. Battaglia

26                                              United States District Judge

27

28